■ NIEVES v 331 EAST 109TH STREET CORP.—Upon the court's own motion, the order of this court entered on July 2, 1985 (appeals Nos. 23049-50-50A) and accompanying memorandum decision amended only to the extent of substituting "$24,534.50" in place and instead of "$25,534.50," appearing in the recital paragraphs of both said order and memorandum decision. Concur—Kupferman, J. P., Ross, Bloom, Kassal and Rosenberger, JJ.